IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOEANN BUMPERS,**

    **Plaintiff,**

**v.**

**ST. ELIZABETH'S HOSPITAL,**

    **Defendant.**                                                     **No. 10-cv-687-DRH-PMF**

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

        Before the Court is a Report and Recommendation (the Report) (Doc. 25) issued on May 23, 2011, by United States Magistrate Judge Phillip M. Frazier recommending that plaintiff's motion to set aside the settlement (Doc. 19) be DENIED, that defendant's motion to enforce settlement (Doc. 23) be GRANTED, and that this case be DISMISSED with prejudice. Upon issuance, the Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within fourteen days of service of the Report, i.e., June 9, 2011(Doc. 25-1). To date, none of the parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). Thus, the Court ADOPTS the Report in its entirety (Doc. 25). Plaintiff's motion to set aside the settlement (Doc. 19) is DENIED, defendant's motion to enforce settlement (Doc. 23)

is GRANTED, and the case is dismissed with prejudice. The Clerk to enter judgment dismissing the case with prejudice.

**IT IS SO ORDERED.**

Signed this 15th day of June, 2011.

Digitally signed by David R. Herndon
Date: 2011.06.15 10:51:18 -05'00'

**Chief Judge
United States District Court**