IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOEANN BUMPERS,

    Plaintiff,

v.

ST. ELIZABETH'S HOSPITAL,

    Defendant.                    No. 10-cv-687-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 18, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                                  NANCY J. ROSENSTENGEL,
                                  CLERK OF COURT


                                BY:      /s/*Sandy Pannier*
                                          **Deputy Clerk**

Dated: July 18, 2011

*[Signature: David R. Herndon]*
Digitally signed by David R. Herndon
Date: 2011.07.18 15:17:47 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT